to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Arthur A. Birney* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

---

No. 618. E. E. ANDROVETTE, PETITIONER, *v.* THE STEAMSHIP BARALONG, ETC. October 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. William S. Montgomery* for petitioner. *Mr. J. Parker Kirlin* and *Mr. John M. Woolsey* for respondent.

---

No. 619. THE AMERICAN TRUST COMPANY OF BOSTON, MASS., PETITIONER, *v.* W. & A. FLETCHER COMPANY. October 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. William Arthur Sargent* and *Mr. Elmer P. Howe* for petitioner. *Mr. Harrington Putnam* and *Mr. Edward S. Dodge* for respondent.

---

No. 620. ALFRED L. SWEENEY, PETITIONER, *v.* EDWARD B. SMITH ET AL. October 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. William L. Royall* and *Mr. George Demming* for petitioner. *Mr. William A. Glasgow, Jr.,* for respondent.

---

No. 621. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, PETITIONER, *v.* ADOLPH C. GRIESA ET AL. October 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr.*

*Thomas F. Doran* for petitioner. No appearance for respondents.

---

No. 625. THE HOOD RUBBER COMPANY, PETITIONER, *v.* THE ATLANTIC MUTUAL INSURANCE COMPANY. October 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Harrington Putnam* for petitioner. *Mr. John G. Milburn* and *Mr. Walter F. Taylor* for respondent.

---

No. 626. THE ÆTNA INDEMNITY COMPANY, PETITIONER, *v.* THE FARMERS' NATIONAL BANK OF BOYERTOWN. October 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. George M. MacKellar* and *Mr. Gustavus Remak, Jr.,* for petitioner. *Mr. S. H. Alleman* for respondent.

---

No. 627. THE DELAWARE & HUDSON COMPANY, PETITIONER, *v.* THE ALBANY & SUSQUEHANNA RAILROAD COMPANY ET AL. October 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. James M. Beck* and *Mr. Charles F. Brown* for petitioner. *Mr. George Wellwood Murray, Mr. E. Parmalee Prentice* and *Mr. Charles P. Howland* for respondents.

---

No. 407. YELLOW POPLAR LUMBER COMPANY, PETITIONER, *v.* S. F. CHAPMAN. November 1, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied, and parts of petition and brief of